UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 21-cv-08339-JSW |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| | Re: Dkt. Nos. 16, 17 |
| M & T SAN MATEO PROPERTIES, LLC, | |
| Defendant. | |

On January 27, 2022, the Court issued an Order regarding the parties' notice of settlement and directed that Plaintiff file a motion for attorneys' fees within 90 days of that Order. That deadline passed, and the Clerk issued a notice directing Plaintiff to file a motion by May 20, 2022. That deadline has now passed as well, and there has been no further action in this case.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case, impose monetary sanctions on Plaintiff and/or his counsel for repeated failures to comply with the Court's deadlines, or both. Plaintiff's response to this Order to Show Cause shall be due by June 17, 2022, and anything other than a specific response to this Order will not suffice.

**IT IS SO ORDERED**.

Dated: June 9, 2022

JEFFREY S. WHITE
United States District Judge