CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CATHERINE M. CORFEE (SBN 155064)
CORFEE STONE LAW CORPORATION
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
Email: catherine@corfeestone.com
Email: assistant@corfeestone.com
Attorneys for Defendant,
M & T San Mateo Properties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M & T SAN MATEO PROPERTIES, LLC, a California Limited Liability Company<br><br>　　　　Defendant | Case: 4:21-cv-08339-JSW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br>AND ORDER THEREON |

1

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 13, 2022             CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff

Dated: June 13, 2022             CORFEE STONE LAW CORPORATION

                                 By: /s/ Catherine M. Corfee
                                     Catherine M. Corfee
                                     Attorney for Defendant
                                     M & T San Mateo Properties, LLC

**GRANTED**
*Jeffrey S. White*
Judge Jeffrey S. White

Dated: June 16, 2022