1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    SCOTT JOHNSON,                           Case No. 21-cv-08339-JSW

8                    Plaintiff,
                                              **ORDER TO SHOW CAUSE WHY**
9         v.                                  **MONETARY SANCTIONS SHOULD**
                                              **NOT BE IMPOSED**
10   M & T SAN MATEO PROPERTIES, LLC,
                                              Re: Dkt. No. 18
11                   Defendant.

12

13         On June 9, 2022, the Court issued an Order to Plaintiff to show cause why this case should

14   not be dismissed based on the failure to comply with two deadlines set by the Court.  The Court

15   directed that Plaintiff's response to the Order to Show Cause would be due by June 17, 2022.  It

16   also stated that anything other than a specific response to this Order would not suffice.  Plaintiff

17   submitted a stipulation of dismissal on June 13, 2022, which the Court approved.

18         The Court did not, however, discharge the Order to Show Cause, and Plaintiff did not file a

19   response on June 17, 2022.  Accordingly, the Court issues this Order to Show Cause why

20   monetary sanctions in the amount of $150.00 should not be imposed on Plaintiff and/or his

21   counsel for repeated failures to comply with the Court's deadlines.  *See, e.g., Williamson Fam.*

22   *Trust v. CIT Group/Consumer Fin., Inc.*, 205 Fed. Appx. 616, 617 (9thc Cir. 2006) (citing *Cooter*

23   *& Gell v. Hartmax Corp.*, 496 U.S. 384, 396 (1990)).

24   //

25   //

26   //

27   //

28   //

The response shall be due by June 28, 2022, and if the Court does not receive a response, it will impose the sanctions without further order.

**IT IS SO ORDERED**.

Dated: June 21, 2022

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California